1  Derek A. Newman, State Bar No. 190467
   derek@newmanlaw.com
2  Keith Scully (*pro hac vice*)
   keith@newmanlaw.com
3  NEWMAN DU WORS LLP
   1201 Third Avenue, Suite 1600
4  Seattle, WA 98101
   Telephone:   (206) 274-2800
5  Facsimile:   (206) 274-2801

6

7  Attorneys for Movant John Doe

8

9              **UNITED STATES DISTRICT COURT**
10            **NORTHERN DISTRICT OF CALIFORNIA**

11  JOHN DOE,                                    CASE NO. 3:11-mc-80208-CRB
12              Movant,
13         v.                                    **(PROPOSED) ORDER**
14                                               **GRANTING MOTION FOR DE**
                                                 **NOVO DETERMINATION OF**
15  SECURITIES AND EXCHANGE                      **DISPOSITIVE MATTER**
    COMISSION of the UNITED STATES,              **REFERRED TO MAGISTRATE**
16              Respondent.                      **JUDGE**
17
18
                                                 **The Honorable Charles R. Breyer**
19                                               **Date: November 18, 2011**
                                                 **Time: 10:00 a.m.**
20                                               **Location: Courtroom 6, 17th Floor**
21
         Movant John Doe moved to modify the October 4, 2011 Order Denying
22
    Motion to Quash Subpoena in this matter (the "Motion"). Based on the Court's
23
    review of the Motion, any opposition and reply thereto, and the record in this
24
    matter, the Court hereby ORDERS that:
25
         The October 4, 2011 Order Denying Motion to Quash Subpoena is modified,
26
    and the Subpoena in the Matter of Jammin Java Corp (C-7826) dated June 21,
27
    2011 and seeking information regarding the email address < marketingacesinc
28
    @gmail.com>, which Defendant Securities and Exchange Commission of the

1   United States served on third party Google Inc. is QUASHED.

2        IT IS SO ORDERED.

3        Dated this _____ day of November, 2011.

4

5

6                                    _____

7                                    HONORABLE CHARLES R. BREYER

8   Presented by:

9

10  **NEWMAN DU WORS LLP**

11

12  _____

13  Derek Newman, State Bar No. 190467
    Keith Scully (*pro hac vice*)

14  Attorneys for Movant John Doe

15

16

17

18

19

20

21

22

23

24

25

26

27

28