**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 6, 2012**          Time:  10 minutes

**11-mc-80184 CRB related cases**
**11-mc-80208 CRB and 11-mc-80209 CRB**

 **JOHN DOE**  v.  **SEC**

Attorneys:    Keith Scully                             Melinda Hardy


Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Margo Gurule**

**PROCEEDINGS:**                                            **RULING:**

1.  Motion for Protective Order

2.  

3.  

**ORDERED AFTER HEARING:**

 Counsel to submit a suggested protective order within one week.


( ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court ____

( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO ____           for ____

Discovery Cut-Off ____                 Expert Discovery Cut-Off ____
Plntf to Name Experts by ____          Deft to Name Experts by ____
P/T Conference Date ____    Trial Date ____    Set for ____ days
                     Type of Trial: ( )Jury    ( )Court

Notes: ____